| Information to identify the case: | | |
|---|---|---|
| **Debtor 1:** | Rodolfo Rodriguez<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–3202<br>EIN: _ _ – _ _ _ _ _ _ _ |
| **Debtor 2:**<br>(Spouse, if filing) | Mery G Rodriguez<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–4464<br>EIN: _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed for chapter:   7   10/21/18 |
| Case number: | 18–30887–VFP | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**       12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Rodolfo Rodriguez | Mery G Rodriguez |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 191 Concord Street<br>Rahway, NJ 07065 | 191 Concord Street<br>Rahway, NJ 07065 |
| 4. | **Debtor's attorney**<br>Name and address | Herbert B. Raymond<br>7 Glenwood Ave<br>Suite #408<br>4th Floor<br>East Orange, NJ 07017 | Contact phone 973–675–5622 |
| 5. | **Bankruptcy trustee**<br>Name and address | Charles M. Forman<br>Forman Holt<br>66 Route 17 North<br>Paramus, NJ 07652 | Contact phone 201–845–1000 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | MLK Jr Federal Building<br>50 Walnut Street<br>Newark, NJ 07102<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 973–645–4764<br><br>Date: 10/22/18 |
| **7.** **Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **November 16, 2018 at 12:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Office of the US Trustee, 1085 Raymond Blvd., One Newark Center, Suite 1401, Newark, NJ 07102–5504** |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 1/15/19** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**        page **2**

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 18-30887-VFP
Rodolfo Rodriguez                                                      Chapter 7
Mery G Rodriguez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 4            Date Rcvd: Oct 22, 2018
                              Form ID: 309A            Total Noticed: 118

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 24, 2018.
```
db/jdb         +Rodolfo Rodriguez,   Mery G Rodriguez,   191 Concord Street,   Rahway, NJ 07065-2804
517824551       Anesthesia Services of Rahway,   865 Stone Street,   Rahway, NJ 07065-2742
517824554       Bank of America,   PO Box 220411,   Greensboro, NC 27420
517824580      +Cardmember Services,   PO Box 44167,   Jacksonville, FL 32231-4167
517824581      +Chase Bank,   PO Box 659732,   San Antonio, TX 78265-9732
517824583       Chase Bankcard Services,   150 University Drive G2-8,   Scottsdale, AZ 85251
517824592      +CitiCards,   PO Box 6345,   The Lakes, NV 88901-6345
517824589      +Citicards,   Citicorp Credit Services,   P.O. Box 790040,   Saint Louis, MO 63179-0040
517824593      +Citicorp Credit Services,   PO Box 91600,   Albuquerque, NM 87199-1600
517824608      +John Youderian, Esq.,   2 Chestnut Street, Ste. B,   Pennsville, NJ 08070-2064
517824614      +Macy's Visa,   P0 Box 9001108,   Louisville, KY 40290-1108
517824617      +Mr. Cooper,   8950 Cypress Waters Blvd,   Coppell, TX 75019-4620
517824615      +Mr. Cooper,   Attn: Bankruptcy,   8950 Cypress Waters Blvd,   Coppell, TX 75019-4620
517824618      +Mr. Cooper,   PO Box 650783,   Dallas, TX 75265-0783
517824621     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage Inc.,   350 Highland Drive,
                 Lewisville, TX 75067)
517824620      +Nationstar Mortgage,   8950 Cypress Waters Blvd,   Coppell, TX 75019-4620
517824619      +Nationstar Mortgage,   PO Box 650783,   Dallas, TX 75265-0783
517824625      +PNC,   2730 Liberty Avenue,   Pittsburgh, PA 15222-4747
517824626      +PNC,   PO Box 856177,   Louisville, KY 40285-6177
517824627      +PNC Bank,   Attn: Bankruptcy Department,   P.O. Box 94982,   Cleveland, OH 44101-4982
517824629      +PNC Bank,   Consumer Loan Center,   2730 Liberty Avenue,   Pittsburgh, PA 15222-4704
517824628       PNC Bank,   PO Box 4700,   Wilkes Barre, PA 18773-4700
517824630       PNC Bank,   PO Box 15397,   Wilmington, DE 19886-5397
517824622      +Phelan, Hallinan & Diamond, Jones, PC,   400 Fellowship Road,   Suite 100,
                 Mount Laurel, NJ 08054-3437
517824623      +Phelan, Hallinan & Schmeig, PC,   400 Fellowship Road,   Suite 100,
                 Mount Laurel, NJ 08054-3437
517824634      +Santander,   PO Box 12768,   Reading, PA 19612-2768
517824635      +Santander Bank,   Mail Code: MA1-MB3-01-21,   2 Morrissey Boulevard,   Boston, MA 02125-3312
517824637      +Sprint,   P.O. Box 32145,   Minneapolis, MN 55432-0145
517824640      +Superior Court of NJ,   Special Civil Part, Law Division,   2 Broad Street,
                 Ref # DC-010910-14,   Elizabeth, NJ 07201-2202
517824651      +The Intersectfund,   109 Church Street,   New Brunswick, NJ 08901-4012
517824654      +Toyota Motor Credit,   PO Box 5856,   Carol Stream, IL 60197-5856
517824657     #+Tsys Total Debt Management , Inc.,   PO Box 6700,   Norcross, GA 30091-6700
517824663      +Visa Dept Store National Bank/Macy's,   Attn: Bankruptcy,   P.O. Box 8053,
                 Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: bankruptcy123@comcast.net Oct 23 2018 00:43:06      Herbert B. Raymond,
                 7 Glenwood Ave,   Suite #408,   4th Floor,   East Orange, NJ   07017
tr             +E-mail/Text: cforman@iq7technology.com Oct 23 2018 00:45:12      Charles M. Forman,
                 Forman Holt,   66 Route 17 North,   Paramus, NJ 07652-2742
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 23 2018 00:44:20      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 23 2018 00:44:17      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517824544      +EDI: AFNIRECOVERY.COM Oct 23 2018 04:08:00      Afni,   404 Brook Drive,   PO Box 3517,
                 Bloomington, IL 61702-3517
517824545      +EDI: AFNIRECOVERY.COM Oct 23 2018 04:08:00      Afni,   PO Box 3427,
                 Bloomington, IL 61702-3427
517824546      +EDI: AMEREXPR.COM Oct 23 2018 04:08:00      American Express,   P.O. Box 981540,
                 El Paso, TX 79998-1540
517824550      +EDI: AMEREXPR.COM Oct 23 2018 04:08:00      American Express,   P0 Box 360002,
                 Fort Lauderdale, FL 33336-0002
517824547       EDI: AMEREXPR.COM Oct 23 2018 04:08:00      American Express,   PO Box 297812,
                 Ft. Lauderdale, FL 33329-7812
517824549       EDI: AMEREXPR.COM Oct 23 2018 04:08:00      American Express,   PO Box 7871,
                 Fort Lauderdale, FL 33329
517824548       EDI: AMEREXPR.COM Oct 23 2018 04:08:00      American Express,   PO Box 1270,
                 Newark, NJ 07101-1270
517824552       EDI: BANKAMER.COM Oct 23 2018 04:08:00      Bank Of America,   Attn: Bankruptcy,
                 P.O.  Box 982238,   El Paso, TX 79998
517824559      +EDI: BANKAMER.COM Oct 23 2018 04:08:00      Bank of America,   Attn: Recovery Department,
                 PO Box 2278,   Norfolk, VA 23501-2278
517824556       EDI: BANKAMER2.COM Oct 23 2018 04:08:00      Bank of America,   475 Crosspoint Parkway,
                 PO Box 9000,   Getzville, NY 14068-9000
517824555      +EDI: BANKAMER2.COM Oct 23 2018 04:08:00      Bank of America,   PO Box 17645,
                 Baltimore, MD 21297-1645
```

```
District/off: 0312-2          User: admin              Page 2 of 4                  Date Rcvd: Oct 22, 2018
                              Form ID: 309A            Total Noticed: 118


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517824557      +EDI: BANKAMER2.COM Oct 23 2018 04:08:00      Bank of America,    100 North Tron Street,
                 Charlotte, NC 28255-0001
517824560      +EDI: TSYS2.COM Oct 23 2018 04:08:00      Barclays Bank,    125 South West Street,
                 Wilmington, DE 19801-5014
517824561      +EDI: TSYS2.COM Oct 23 2018 04:08:00      Barclays Bank Delaware,    Attn: Correspondence,
                 P.O. Box 8801,   Wilmington, DE 19899-8801
517824562      +EDI: TSYS2.COM Oct 23 2018 04:08:00      Barclays Bank Delaware,    PO Box 8833,
                 Wilmington, DE 19899-8833
517824569       EDI: CAPITALONE.COM Oct 23 2018 04:08:00      Capital One,    PO Box 85015,
                 Richmond, VA 23285-5015
517824573       EDI: CAPITALONE.COM Oct 23 2018 04:08:00      Capital One Bank,    15000 Capital One Drive,
                 Richmond, VA 23238
517824577       EDI: CAPITALONE.COM Oct 23 2018 04:08:00      Capital One Services, Inc.,
                 15000 Capital One Drive,   Richmond, VA 23238
517824594       EDI: CITICORP.COM Oct 23 2018 04:08:00      Citicorp Credit Services, Inc.,
                 7920 NW 110th Street,   Kansas City, MO 64153
517824571      +EDI: CAPITALONE.COM Oct 23 2018 04:08:00      Capital One,    PO Box 85064,
                 Glen Allen, VA 23285-5064
517824570      +EDI: CAPITALONE.COM Oct 23 2018 04:08:00      Capital One,    PO Box 26030,
                 Richmond, VA 23260-6030
517824568      +EDI: CAPITALONE.COM Oct 23 2018 04:08:00      Capital One,    PO Box 85617,
                 Richmond, VA 23285-5617
517824565      +EDI: CAPITALONE.COM Oct 23 2018 04:08:00      Capital One,    P.O. Box 30253,
                 Salt Lake City, UT 84130-0253
517824563      +EDI: CAPITALONE.COM Oct 23 2018 04:08:00      Capital One,    Attn: Bankruptcy,   P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
517824572      +EDI: CAPITALONE.COM Oct 23 2018 04:08:00      Capital One Bank,    PO Box 70884,
                 Charlotte, NC 28272-0884
517824575      +EDI: CAPITALONE.COM Oct 23 2018 04:08:00      Capital One Bank ( USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
517824576      +EDI: CAPITALONE.COM Oct 23 2018 04:08:00      Capital One Services,    PO Box 85617,
                 Richmond, VA 23285-5617
517824578      +EDI: CHASE.COM Oct 23 2018 04:08:00      Cardmember Services,    PO Box 15153,
                 Wilmington, DE 19886-5153
517824579       EDI: CHASE.COM Oct 23 2018 04:08:00      Cardmember Services,    P0 Box 8650,
                 Wilmington, DE 19899
517824582      +EDI: CHASE.COM Oct 23 2018 04:08:00      Chase Bank,    PO Box 15153,   Wilmington, DE 19886-5153
517824584      +EDI: CHASE.COM Oct 23 2018 04:08:00      Chase Bankcard Services,    PO Box 659409,
                 San Antonio, TX 78265-9409
517824585      +EDI: CHASE.COM Oct 23 2018 04:08:00      Chase Card Services,    Correspondence Department,
                 P.O. Box 15298,   Wilmington, DE 19850-5298
517824588      +EDI: CITICORP.COM Oct 23 2018 04:08:00      Citibank,    PO Box 6500,
                 Sioux Falls, SD 57117-6500
517824587       EDI: CITICORP.COM Oct 23 2018 04:08:00      Citibank,    PO Box 6405,   The Lakes, NV 88901-6405
517824591      +EDI: CITICORP.COM Oct 23 2018 04:08:00      Citicards,    PO Box 6500,
                 Sioux Falls, SD 57117-6500
517824595      +EDI: WFNNB.COM Oct 23 2018 04:08:00      Comenity,    PO Box 183003,   Columbus, OH 43218-3003
517824596      +EDI: WFNNB.COM Oct 23 2018 04:08:00      Comenity Bank,    Attention: Bankruptcy,   P0 Box 182686,
                 Columbus, OH 43218-2686
517824597      +EDI: WFNNB.COM Oct 23 2018 04:08:00      Comenity Capital,    Attn: Bankruptcy Dept.,
                 P.O. Box 182125,   Columbus, OH 43218-2125
517824598      +EDI: CONVERGENT.COM Oct 23 2018 04:08:00      Convergent Outsourcing, Inc.,    Attn: Bankruptcy,
                 P.O. Box 9004,   Renton, WA 98057-9004
517824601       EDI: DISCOVER.COM Oct 23 2018 04:08:00      Discover,    PO Box 30943,   Salt Lake City, UT 84130
517824602       EDI: DISCOVER.COM Oct 23 2018 04:08:00      Discover,    PO Box 30952,   Salt Lake City, UT 84130
517824599       EDI: DISCOVER.COM Oct 23 2018 04:08:00      Discover,    PO Box 6013,   Dover, DE 19903-6013
517824603       EDI: DISCOVER.COM Oct 23 2018 04:08:00      Discover,    PO Box 30399,   Salt Lake City, UT 84130
517824600       EDI: DISCOVER.COM Oct 23 2018 04:08:00      Discover,    PO Box 5044,   Sandy, UT 84091-5044
517824604      +EDI: DISCOVER.COM Oct 23 2018 04:08:00      Discover Financial,    P.O. Box 3025,
                 New Albany, OH 43054-3025
517824607      +EDI: RMSC.COM Oct 23 2018 04:08:00      JCPenny,    PO Box 960090,   Orlando, FL 32896-0090
517824606      +EDI: RMSC.COM Oct 23 2018 04:08:00      JCPenny,    P0 Box 981400,   El Paso, TX 79998-1400
517824610       EDI: TSYS2.COM Oct 23 2018 04:08:00      Macy’s,    P.O. Box 4564,   Carol Stream, IL 60197-4564
517824609       EDI: TSYS2.COM Oct 23 2018 04:08:00      Macy’s,    PO Box 183083,   Columbus, OH 43218-3083
517824611      +EDI: TSYS2.COM Oct 23 2018 04:08:00      Macy’s,    9111 Duke Blvd.,   Mason, OH 45040-8999
517824612      +EDI: TSYS2.COM Oct 23 2018 04:08:00      Macy’s Visa,    P0 Box 745012,
                 Cincinnati, OH 45274-5012
517824613      +EDI: TSYS2.COM Oct 23 2018 04:08:00      Macy’s Visa,    Bankruptcy,   6356 Corley Road,
                 Norcross, GA 30071-1704
517824636       EDI: NEXTEL.COM Oct 23 2018 04:08:00      Sprint,    P.O. Box 152046,   Irving, TX 75015-2046
517824639       EDI: NEXTEL.COM Oct 23 2018 04:08:00      Sprint,    6360 Sprint Parkway,
                 Overland Park, KS 66251
517824631      +EDI: DRIV.COM Oct 23 2018 04:08:00      Santander,    PO Box 660633,   Dallas, TX 75266-0633
517824633      +E-mail/Text: cop@santander.us Oct 23 2018 00:44:13       Santander,   601 Penn Street,
                 Reading, PA 19601-3544
517824632      +E-mail/Text: cop@santander.us Oct 23 2018 00:44:13       Santander,   PO Box 16255,
                 Reading, PA 19612-6255
517824638      +EDI: NEXTEL.COM Oct 23 2018 04:08:00      Sprint,    PO Box 8077,   London, KY 40742-8077
```

```
District/off: 0312-2          User: admin              Page 3 of 4              Date Rcvd: Oct 22, 2018
                              Form ID: 309A            Total Noticed: 118


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517824641      +EDI: RMSC.COM Oct 23 2018 04:08:00      Synchrony Bank,    PO Box 530927,
                 Atlanta, GA 30353-0927
517824643      +EDI: RMSC.COM Oct 23 2018 04:08:00      Synchrony Bank,    PO Box 960013,
                 Orlando, FL 32896-0013
517824642      +EDI: RMSC.COM Oct 23 2018 04:08:00      Synchrony Bank,    PO Box 965013,
                 Orlando, FL 32896-5013
517824648      +EDI: RMSC.COM Oct 23 2018 04:08:00      Synchrony Bank,    P0 Box 965024,
                 Orlando, FL 32896-5024
517824645      +EDI: RMSC.COM Oct 23 2018 04:08:00      Synchrony Bank,    P0 Box 965015,
                 Orlando, FL 32896-5015
517824649      +EDI: RMSC.COM Oct 23 2018 04:08:00      Synchrony Bank/ JC Penney,
                 Attn: Bankruptcy Department,    P.O. Box 965060,    Orlando, FL 32896-5060
517824650      +EDI: RMSC.COM Oct 23 2018 04:08:00      Synchrony Bank/Care Credit,    Attn: Bankruptcy Dept,
                 P.O. Box 965061,    Orlando, FL 32896-5061
517824653       EDI: TFSR.COM Oct 23 2018 04:08:00      Toyota Motor Credit,    19001 South Western Avenue,
                 PO Box 2958,    Torrance, CA 90509
517824656       EDI: TFSR.COM Oct 23 2018 04:08:00      Toyota Motor Credit Corporation,
                 Attn: Asset Protection Department,    PO Box 2958,    Torrance, CA 90509-2958
517824652      +EDI: TFSR.COM Oct 23 2018 04:08:00      Toyota Financial Services,    PO Box 5236,
                 Carol Stream, IL 60197-5236
517824655      +EDI: TFSR.COM Oct 23 2018 04:08:00      Toyota Motor Credit Company,    Toyota Financial Services,
                 P.O. Box 8026,    Cedar Rapids, IA 52408-8026
517824658      +EDI: VERIZONCOMB.COM Oct 23 2018 04:08:00      Verizon Bankruptcy,    500 Technology Drive,
                 Saint Charles, MO 63304-2225
517824659      +EDI: VERIZONCOMB.COM Oct 23 2018 04:08:00      Verizon Bankruptcy South,    PO Box 25087,
                 Wilmington, DE 19899-5087
517824662      +EDI: VERIZONCOMB.COM Oct 23 2018 04:08:00      Verizon Wireless,    3400 Forest Drive,
                 Columbia, SC 29204-4064
517824660      +EDI: VERIZONCOMB.COM Oct 23 2018 04:08:00      Verizon Wireless,
                 Attn: Verizon Wireless Bankruptcy,    500 Technology Drive, Suite 550,
                 Weldon Spring, MO 63304-2225
517824661      +EDI: VERIZONCOMB.COM Oct 23 2018 04:08:00      Verizon Wireless,    2000 Corporate Drive,
                 Orangeburg, NY 10962-2624
517824665       EDI: WFFC.COM Oct 23 2018 04:08:00      Wells Fargo Bank,    PO Box 1225,
                 Charlotte, NC 28201-1225
517824664      +EDI: WFFC.COM Oct 23 2018 04:08:00      Wells Fargo Bank,    PO Box 30086,
                 Los Angeles, CA 90030-0086
517824666       EDI: WFFC.COM Oct 23 2018 04:08:00      Wells Fargo Card Services,    PO Box 10347,
                 Des Moines, IA 50306-0347
517824667      +EDI: WFFC.COM Oct 23 2018 04:08:00      Wells Fargo Card Services,    PO Box 6412,
                 Carol Stream, IL 60197-6412
517824669      +EDI: WFFC.COM Oct 23 2018 04:08:00      Wells Fargo Financial,    PO Box 98784,
                 Las Vegas, NV 89193-8784
517824668      +EDI: WFFC.COM Oct 23 2018 04:08:00      Wells Fargo Financial,    1240 Office Plaza Drive,
                 West Des Moines, IA 50266-2300
517824670      +EDI: WFFC.COM Oct 23 2018 04:08:00      Wells Fargo/FMG,    Attn: Bankruptcy,    P.O. Box 51193,
                 Los Angeles, CA 90051-5493
                                                                                               TOTAL: 85

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517824553*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     Attn: Bankruptcy,    P.O. Box 982238,
                 El Paso, TX 79998)
517824558*     Bank of America,    475 Crosspoint Parkway,    PO Box 9000,    Getzville, NY 14068-9000
517824574*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank,     15000 Capital One Drive,    Richmond, VA 23238)
517824564*    +Capital One,    Attn: Bankruptcy,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
517824566*    +Capital One,    Attn: Bankruptcy,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
517824567*    +Capital One,    Attn: Bankruptcy,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
517824586*    +Chase Card Services,    Correspondence Department,    P.O. Box 15298,
                 Wilmington, DE 19850-5298
517824590*    +Citicards,    Citicorp Credit Services,    P.O. Box 790040,    Saint Louis, MO 63179-0040
517824605*    +Discover Financial,    P.O. Box 3025,    New Albany, OH 43054-3025
517824616*    +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
517824624*    +Phelan, Hallinan & Schmeig, PC,    400 Fellowship Road,    Suite 100,
                 Mount Laurel, NJ 08054-3437
517824646*    +Synchrony Bank,    PO Box 960013,    Orlando, FL 32896-0013
517824644*    +Synchrony Bank,    PO Box 965013,    Orlando, FL 32896-5013
517824647*    +Synchrony Bank,    Po Box 965015,    Orlando, FL 32896-5015
                                                                                             TOTALS: 0, * 14, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-2          User: admin                Page 4 of 4          Date Rcvd: Oct 22, 2018
                              Form ID: 309A              Total Noticed: 118
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2018 at the address(es) listed below:
NONE.                                                                                              TOTAL: 0