UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Rodolfo Rodriguez
Mery G. Rodriguez

Case No.: 18-30887 (VFP)

Chapter: 7

Judge: Vincent F. Papalia

## NOTICE OF PROPOSED ABANDONMENT

Charles M. Forman, Chapter 7 Trustee in this case, proposes to abandon Property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
> James J. Waldron
> United States Bankruptcy Court
> MLK Jr. Federal Building
> 50 Walnut Street
> Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on January 15, 2019, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Real property located at 191 Concord Street, Rahway, NJ, having a fair market value of $275,000.00.

> Liens on property:
>
> Nationstar
> $439,104.93

> Amount of equity claimed as exempt: $1.00

Objections must be served on, and requests for additional information directed to:

Name: Charles M. Forman, Trustee
Address: Forman Holt, 66 Route 17 North, Paramus, NJ 07652
Telephone No.: 201-845-1000

F0038623 - 1

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-30887-VFP
Rodolfo Rodriguez                                                         Chapter 7
Mery G Rodriguez
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 4              Date Rcvd: Dec 12, 2018
                              Form ID: pdf905          Total Noticed: 114

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2018.
```
db/jdb        +Rodolfo Rodriguez,    Mery G Rodriguez,    191 Concord Street,    Rahway, NJ 07065-2804
517824548      American Express,    PO Box 1270,    Newark, NJ 07101-1270
517824547      American Express,    PO Box 297812,    Ft. Lauderdale, FL 33329-7812
517824549      American Express,    PO Box 7871,    Fort Lauderdale, FL 33329
517824550     +American Express,    P0 Box 360002,    Fort Lauderdale, FL 33336-0002
517824546     +American Express,    P.O. Box 981540,    El Paso, TX 79998-1540
517824551      Anesthesia Services of Rahway,    865 Stone Street,    Rahway, NJ 07065-2742
517824552    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank Of America,    Attn: Bankruptcy,    P.O. Box 982238,
                El Paso, TX 79998)
517824556      Bank of America,    475 Crosspoint Parkway,    PO Box 9000,    Getzville, NY 14068-9000
517824555     +Bank of America,    PO Box 17645,    Baltimore, MD 21297-1645
517824554      Bank of America,    PO Box 220411,    Greensboro, NC 27420
517824557     +Bank of America,    100 North Tron Street,    Charlotte, NC 28255-0001
517824560     +Barclays Bank,    125 South West Street,    Wilmington, DE 19801-5014
517824561     +Barclays Bank Delaware,    Attn: Correspondence,    P.O. Box 8801,    Wilmington, DE 19899-8801
517824562     +Barclays Bank Delaware,    PO Box 8833,    Wilmington, DE 19899-8833
517824594    ++CITIBANK,    PO BOX 6043,    SIOUX FALLS SD 57117-6043
              (address filed with court: Citicorp Credit Services, Inc.,     7920 NW 110th Street,
                Kansas City, MO 64153)
517824578     +Cardmember Services,    PO Box 15153,    Wilmington, DE 19886-5153
517824579      Cardmember Services,    P0 Box 8650,    Wilmington, DE 19899
517824580     +Cardmember Services,    PO Box 44167,    Jacksonville, FL 32231-4167
517824582     +Chase Bank,    PO Box 15153,    Wilmington, DE 19886-5153
517824581     +Chase Bank,    PO Box 659732,    San Antonio, TX 78265-9732
517824583      Chase Bankcard Services,    150 University Drive G2-8,    Scottsdale, AZ 85251
517824584     +Chase Bankcard Services,    PO Box 659409,    San Antonio, TX 78265-9409
517824585     +Chase Card Services,    Correspondence Department,    P.O. Box 15298,
                Wilmington, DE 19850-5298
517824592     +CitiCards,    PO Box 6345,    The Lakes, NV 88901-0001
517824588     +Citibank,    PO Box 6500,    Sioux Falls, SD 57117-6500
517824587      Citibank,    PO Box 6405,    The Lakes, NV 88901-6405
517824591     +Citicards,    PO Box 6500,    Sioux Falls, SD 57117-6500
517824589     +Citicards,    Citicorp Credit Services,    P.O. Box 790040,    Saint Louis, MO 63179-0040
517824593     +Citicorp Credit Services,    PO Box 91600,    Albuquerque, NM 87199-1600
517824598     +Convergent Outsourcing, Inc.,    Attn: Bankruptcy,    P.O. Box 9004,    Renton, WA 98057-9004
517824608     +John Youderian, Esq.,    2 Chestnut Street, Ste. B,    Pennsville, NJ 08070-2064
517824609      Macy's,    PO Box 183083,    Columbus, OH 43218-3083
517824611     +Macy's,    9111 Duke Blvd.,    Mason, OH 45040-8999
517824610      Macy's,    P.O. Box 4564,    Carol Stream, IL 60197-4564
517824613     +Macy's Visa,    Bankruptcy,    6356 Corley Road,    Norcross, GA 30071-1704
517824612     +Macy's Visa,    P0 Box 745012,    Cincinnati, OH 45274-5012
517824614     +Macy's Visa,    P0 Box 9001108,    Louisville, KY 40290-1108
517824617     +Mr. Cooper,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
517824615     +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
517824618     +Mr. Cooper,    PO Box 650783,    Dallas, TX 75265-0783
517824621    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage Inc.,     350 Highland Drive,
                Lewisville, TX 75067)
517824620     +Nationstar Mortgage,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
517824619     +Nationstar Mortgage,    PO Box 650783,    Dallas, TX 75265-0783
517824625     +PNC,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
517824626     +PNC,    PO Box 856177,    Louisville, KY 40285-6177
517824627     +PNC Bank,    Attn: Bankruptcy Department,    P.O. Box 94982,    Cleveland, OH 44101-4982
517824629     +PNC Bank,    Consumer Loan Center,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4704
517824630      PNC Bank,    PO Box 15397,    Wilmington, DE 19886-5397
517824628      PNC Bank,    PO Box 4700,    Wilkes Barre, PA 18773-4700
517824622     +Phelan, Hallinan & Diamond, Jones, PC,    400 Fellowship Road,    Suite 100,
                Mount Laurel, NJ 08054-3437
517824623     +Phelan, Hallinan & Schmeig, PC,    400 Fellowship Road,    Suite 100,
                Mount Laurel, NJ 08054-3437
517824634     +Santander,    PO Box 12768,    Reading, PA 19612-2768
517824631     +Santander,    PO Box 660633,    Dallas, TX 75266-0633
517824635     +Santander Bank,    Mail Code: MA1-MB3-01-21,    2 Morrissey Boulevard,    Boston, MA 02125-3312
517824637     +Sprint,    P.O. Box 32145,    Minneapolis, MN 55432-0145
517824640     +Superior Court of NJ,    Special Civil Part, Law Division,    2 Broad Street,
                Ref # DC-010910-14,    Elizabeth, NJ 07201-2202
517824653    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit,    19001 South Western Avenue,    PO Box 2958,
                Torrance, CA 90509)
517824651     +The Intersectfund,    109 Church Street,    New Brunswick, NJ 08901-4012
517824652     +Toyota Financial Services,    PO Box 5236,    Carol Stream, IL 60197-5236
517824654     +Toyota Motor Credit,    PO Box 5856,    Carol Stream, IL 60197-5856
```

```
District/off: 0312-2           User: admin                  Page 2 of 4                   Date Rcvd: Dec 12, 2018
                               Form ID: pdf905              Total Noticed: 114


517824655      +Toyota Motor Credit Company,    Toyota Financial Services,    P.O. Box 8026,
                 Cedar Rapids, IA 52408-8026
517824663      +Visa Dept Store National Bank/Macy’s,    Attn: Bankruptcy,    P.O.  Box 8053,
                 Mason, OH 45040-8053
517824664      +Wells Fargo Bank,    PO Box 30086,   Los Angeles, CA 90030-0086
517824665       Wells Fargo Bank,    PO Box 1225,   Charlotte, NC 28201-1225
517824666       Wells Fargo Card Services,    PO Box 10347,   Des Moines, IA 50306-0347
517824669      +Wells Fargo Financial,    PO Box 98784,   Las Vegas, NV 89193-8784
517824668      +Wells Fargo Financial,    1240 Office Plaza Drive,    West Des Moines, IA 50266-2300
517824670      +Wells Fargo/FMG,    Attn: Bankruptcy,   P.O.  Box 51193,    Los Angeles, CA 90051-5493

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 12 2018 23:28:56     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 12 2018 23:28:55     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Dec 12 2018 23:30:45
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,   Norfolk, VA 23541-1021
517824544      +E-mail/Text: EBNProcessing@afni.com Dec 12 2018 23:28:59     Afni,    404 Brook Drive,
                 PO Box 3517,   Bloomington, IL 61702-3517
517824545      +E-mail/Text: EBNProcessing@afni.com Dec 12 2018 23:29:00     Afni,    PO Box 3427,
                 Bloomington, IL 61702-3427
517824569       E-mail/PDF: AIS.cocard@americaninfosource.com Dec 12 2018 23:31:12     Capital One,
                 PO Box 85015,   Richmond, VA 23285-5015
517824573       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 12 2018 23:30:45     Capital One Bank,
                 15000 Capital One Drive,    Richmond, VA 23238
517824577       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 12 2018 23:30:58
                 Capital One Services, Inc.,   15000 Capital One Drive,    Richmond, VA 23238
517824571      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 12 2018 23:30:58     Capital One,
                 PO Box 85064,   Glen Allen, VA 23285-5064
517824570      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 12 2018 23:30:45     Capital One,
                 PO Box 26030,   Richmond, VA 23260-6030
517824568      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 12 2018 23:30:58     Capital One,
                 PO Box 85617,   Richmond, VA 23285-5617
517824565      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 12 2018 23:30:44     Capital One,
                 P.O.  Box 30253,    Salt Lake City, UT 84130-0253
517824563      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 12 2018 23:30:45     Capital One,
                 Attn: Bankruptcy,    P.O.  Box 30285,    Salt Lake City, UT 84130-0285
517824572      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 12 2018 23:30:45     Capital One Bank,
                 PO Box 70884,   Charlotte, NC 28272-0884
517824575      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 12 2018 23:31:12
                 Capital One Bank ( USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
517824576      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 12 2018 23:30:45     Capital One Services,
                 PO Box 85617,   Richmond, VA 23285-5617
517824595      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 12 2018 23:28:49     Comenity,    PO Box 183003,
                 Columbus, OH 43218-3003
517824596      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 12 2018 23:28:50     Comenity Bank,
                 Attention: Bankruptcy,    P0 Box 182686,   Columbus, OH 43218-2686
517824597      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 12 2018 23:28:50     Comenity Capital,
                 Attn: Bankruptcy Dept.,    P.O.  Box 182125,    Columbus, OH 43218-2125
517824601       E-mail/Text: mrdiscen@discover.com Dec 12 2018 23:28:39     Discover,    PO Box 30943,
                 Salt Lake City, UT 84130
517824602       E-mail/Text: mrdiscen@discover.com Dec 12 2018 23:28:39     Discover,    PO Box 30952,
                 Salt Lake City, UT 84130
517824599       E-mail/Text: mrdiscen@discover.com Dec 12 2018 23:28:39     Discover,    PO Box 6013,
                 Dover, DE 19903-6013
517824603       E-mail/Text: mrdiscen@discover.com Dec 12 2018 23:28:39     Discover,    PO Box 30399,
                 Salt Lake City, UT 84130
517824600       E-mail/Text: mrdiscen@discover.com Dec 12 2018 23:28:39     Discover,    PO Box 5044,
                 Sandy, UT 84091-5044
517824604      +E-mail/Text: mrdiscen@discover.com Dec 12 2018 23:28:39     Discover Financial,    P.O. Box 3025,
                 New Albany, OH 43054-3025
517824607      +E-mail/PDF: gecsedi@recoverycorp.com Dec 12 2018 23:30:56     JCPenny,    PO Box 960090,
                 Orlando, FL 32896-0090
517824606      +E-mail/PDF: gecsedi@recoverycorp.com Dec 12 2018 23:31:10     JCPenny,    P0 Box 981400,
                 El Paso, TX 79998-1400
517824639       E-mail/Text: appebnmailbox@sprint.com Dec 12 2018 23:28:54     Sprint,    6360 Sprint Parkway,
                 Overland Park, KS 66251
517824636       E-mail/Text: appebnmailbox@sprint.com Dec 12 2018 23:28:54     Sprint,    P.O.  Box 152046,
                 Irving, TX 75015-2046
517824633      +E-mail/Text: cop@santander.us Dec 12 2018 23:28:53     Santander,    601 Penn Street,
                 Reading, PA 19601-3544
517824632      +E-mail/Text: cop@santander.us Dec 12 2018 23:28:53     Santander,    PO Box 16255,
                 Reading, PA 19612-6255
517824638      +E-mail/Text: appebnmailbox@sprint.com Dec 12 2018 23:28:54     Sprint,    PO Box 8077,
                 London, KY 40742-8077
517824641      +E-mail/PDF: gecsedi@recoverycorp.com Dec 12 2018 23:30:42     Synchrony Bank,    PO Box 530927,
                 Atlanta, GA 30353-0927
```

```
District/off: 0312-2          User: admin              Page 3 of 4              Date Rcvd: Dec 12, 2018
                              Form ID: pdf905          Total Noticed: 114

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517827451       +E-mail/PDF: gecsedi@recoverycorp.com Dec 12 2018 23:30:43       Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517824643       +E-mail/PDF: gecsedi@recoverycorp.com Dec 12 2018 23:30:56       Synchrony Bank,    PO Box 960013,
                 Orlando, FL 32896-0013
517824642       +E-mail/PDF: gecsedi@recoverycorp.com Dec 12 2018 23:31:10       Synchrony Bank,    PO Box 965013,
                 Orlando, FL 32896-5013
517824648       +E-mail/PDF: gecsedi@recoverycorp.com Dec 12 2018 23:31:10       Synchrony Bank,    P0 Box 965024,
                 Orlando, FL 32896-5024
517824645       +E-mail/PDF: gecsedi@recoverycorp.com Dec 12 2018 23:31:10       Synchrony Bank,    P0 Box 965015,
                 Orlando, FL 32896-5015
517824649       +E-mail/PDF: gecsedi@recoverycorp.com Dec 12 2018 23:31:10       Synchrony Bank/ JC Penney,
                 Attn: Bankruptcy Department,    P.O. Box 965060,    Orlando, FL 32896-5060
517824650       +E-mail/PDF: gecsedi@recoverycorp.com Dec 12 2018 23:30:43       Synchrony Bank/Care Credit,
                 Attn: Bankruptcy Dept,    P.O. Box 965061,    Orlando, FL 32896-5061
517824658       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 12 2018 23:28:33
                 Verizon Bankruptcy,    500 Technology Drive,    Saint Charles, MO 63304-2225
517824659       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 12 2018 23:28:33
                 Verizon Bankruptcy South,    PO Box 25087,    Wilmington, DE 19899-5087
517824662       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 12 2018 23:28:33
                 Verizon Wireless,    3400 Forest Drive,    Columbia, SC 29204-4064
517824660       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 12 2018 23:28:33
                 Verizon Wireless,    Attn: Verizon Wireless Bankruptcy,    500 Technology Drive, Suite 550,
                 Weldon Spring, MO 63304-2225
517824661       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 12 2018 23:28:33
                 Verizon Wireless,    2000 Corporate Drive,    Orangeburg, NY 10962-2624
                                                                                              TOTAL: 45

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517824553*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America,    Attn:Bankruptcy,    P.O. Box 982238,
                 El Paso, TX 79998)
517824558*       Bank of America,    475 Crosspoint Parkway,    PO Box 9000,    Getzville, NY 14068-9000
517824574*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One Bank,    15000 Capital One Drive,    Richmond, VA 23238)
517824564*      +Capital One,    Attn: Bankruptcy,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
517824566*      +Capital One,    Attn: Bankruptcy,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
517824567*      +Capital One,    Attn: Bankruptcy,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
517824586*      +Chase Card Services,    Correspondence Department,    P.O. Box 15298,
                 Wilmington, DE 19850-5298
517824590*      +Citicards,    Citicorp Credit Services,    P.O. Box 790040,    Saint Louis, MO 63179-0040
517824605*      +Discover Financial,    P.O. Box 3025,    New Albany, OH 43054-3025
517824616*      +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
517824624*      +Phelan, Hallinan & Schmeig, PC,    400 Fellowship Road,    Suite 100,
                 Mount Laurel, NJ 08054-3437
517824646*      +Synchrony Bank,    PO Box 960013,    Orlando, FL 32896-0013
517824644*      +Synchrony Bank,    PO Box 965013,    Orlando, FL 32896-5013
517824647*      +Synchrony Bank,    Po Box 965015,    Orlando, FL 32896-5015
517824656*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Corporation,    Attn: Asset Protection Department,
                 PO Box 2958,    Torrance, CA 90509-2958)
517824559      ##+Bank of America,    Attn: Recovery Department,    PO Box 2278,    Norfolk, VA 23501-2278
517824657      ##+Tsys Total Debt Management , Inc.,    PO Box 6700,    Norcross, GA 30091-6700
517824667      ##+Wells Fargo Card Services,    PO Box 6412,    Carol Stream, IL 60197-6412
                                                                                   TOTALS: 0, * 15, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2018                                Signature:  /s/Joseph Speetjens

```
District/off: 0312-2                User: admin              Page 4 of 4              Date Rcvd: Dec 12, 2018
                                    Form ID: pdf905          Total Noticed: 114
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2018 at the address(es) listed below:
              Charles M. Forman    cforman@formanlaw.com,   lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Herbert B. Raymond    on behalf of Debtor Rodolfo  Rodriguez bankruptcy123@comcast.net,
               jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
               mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
              Herbert B. Raymond    on behalf of Joint Debtor Mery G Rodriguez bankruptcy123@comcast.net,
               jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
               mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6
```