**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Rodolfo Rodriguez | Social Security number or ITIN  xxx–xx–3202 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Mery G Rodriguez | Social Security number or ITIN  xxx–xx–4464 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–30887–VFP | |

# Order of Discharge                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Rodolfo Rodriguez                                         Mery G Rodriguez

2/1/19                                                   **By the court:**    Vincent F. Papalia
                                                                            United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                               Case No. 18-30887-VFP
Rodolfo Rodriguez                                                    Chapter 7
Mery G Rodriguez
         Debtors                       CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin              Page 1 of 4              Date Rcvd: Feb 01, 2019
                             Form ID: 318             Total Noticed: 119


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 03, 2019.
db/jdb       +Rodolfo Rodriguez,    Mery G Rodriguez,    191 Concord Street,    Rahway, NJ 07065-2804
517824551     Anesthesia Services of Rahway,    865 Stone Street,    Rahway, NJ 07065-2742
517824554     Bank of America,    PO Box 220411,    Greensboro, NC 27420
517824580    +Cardmember Services,    PO Box 44167,    Jacksonville, FL 32231-4167
517824581    +Chase Bank,    PO Box 659732,    San Antonio, TX 78265-9732
517824583     Chase Bankcard Services,    150 University Drive G2-8,    Scottsdale, AZ 85251
517824589    +Citicards,    Citicorp Credit Services,    P.O. Box 790040,    Saint Louis, MO 63179-0040
517824593    +Citicorp Credit Services,    PO Box 91600,    Albuquerque, NM 87199-1600
517824608    +John Youderian, Esq.,    2 Chestnut Street, Ste. B,    Pennsville, NJ 08070-2064
517824614    +Macy's Visa,    P0 Box 9001108,    Louisville, KY 40290-1108
517824617    +Mr. Cooper,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
517824615    +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
517824618    +Mr. Cooper,    PO Box 650783,    Dallas, TX 75265-0783
517824621    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage Inc.,     350 Highland Drive,
               Lewisville, TX 75067)
517824620    +Nationstar Mortgage,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
517824619    +Nationstar Mortgage,    PO Box 650783,    Dallas, TX 75265-0783
517824625    +PNC,   2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
517824626    +PNC,   PO Box 856177,    Louisville, KY 40285-6177
517824627    +PNC Bank,    Attn: Bankruptcy Department,    P.O. Box 94982,    Cleveland, OH 44101-4982
517824629    +PNC Bank,    Consumer Loan Center,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4704
517824628     PNC Bank,    PO Box 4700,    Wilkes Barre, PA 18773-4700
517824630     PNC Bank,    PO Box 15397,    Wilmington, DE 19886-5397
517824622    +Phelan, Hallinan & Diamond, Jones, PC,     400 Fellowship Road,    Suite 100,
               Mount Laurel, NJ 08054-3437
517824623    +Phelan, Hallinan & Schmeig, PC,    400 Fellowship Road,    Suite 100,
               Mount Laurel, NJ 08054-3437
517824634    +Santander,    PO Box 12768,    Reading, PA 19612-2768
517824635    +Santander Bank,    Mail Code: MA1-MB3-01-21,    2 Morrissey Boulevard,    Boston, MA 02125-3312
517824637    +Sprint,    P.O. Box 32145,    Minneapolis, MN 55432-0145
517824640    +Superior Court of NJ,    Special Civil Part, Law Division,    2 Broad Street,
               Ref # DC-010910-14,    Elizabeth, NJ 07201-2202
517824651    +The Intersectfund,    109 Church Street,    New Brunswick, NJ 08901-4012
517824654    +Toyota Motor Credit,    PO Box 5856,    Carol Stream, IL 60197-5856
517824663    +Visa Dept Store National Bank/Macy's,     Attn: Bankruptcy,    P.O. Box 8053,
               Mason, OH 45040-8053
517824670    +Wells Fargo/FMG,    Attn: Bankruptcy,    P.O. Box 51193,    Los Angeles, CA 90051-5493

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          +E-mail/Text: cforman@iq7technology.com Feb 02 2019 02:07:16      Charles M. Forman,
               Forman Holt,    66 Route 17 North,    Suite 1c,    Paramus, NJ 07652-2742
tr           +E-mail/Text: cforman@iq7technology.com Feb 02 2019 02:07:16      Charles M. Forman,
               Forman Holt,    66 Route 17 North,    Suite 1c,    Paramus, NJ 07652-2742
smg           E-mail/Text: usanj.njbankr@usdoj.gov Feb 02 2019 02:05:42       U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 02 2019 02:05:37       United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
cr           +EDI: RMSC.COM Feb 02 2019 06:28:00      Synchrony Bank c/o PRA Receivables Management, LLC,
               PO BOX 41021,    Norfolk, VA 23541-1021
517824544    +EDI: AFNIRECOVERY.COM Feb 02 2019 06:28:00      Afni,    404 Brook Drive,    PO Box 3517,
               Bloomington, IL 61702-3517
517824545    +EDI: AFNIRECOVERY.COM Feb 02 2019 06:28:00      Afni,    PO Box 3427,
               Bloomington, IL 61702-3427
517824546    +EDI: AMEREXPR.COM Feb 02 2019 06:28:00      American Express,    P.O. Box 981540,
               El Paso, TX 79998-1540
517824550    +EDI: AMEREXPR.COM Feb 02 2019 06:28:00      American Express,    P0 Box 360002,
               Fort Lauderdale, FL 33336-0002
517824547     EDI: AMEREXPR.COM Feb 02 2019 06:28:00      American Express,    PO Box 297812,
               Ft. Lauderdale, FL 33329-7812
517824549     EDI: AMEREXPR.COM Feb 02 2019 06:28:00      American Express,    PO Box 7871,
               Fort Lauderdale, FL 33329
517824548     EDI: AMEREXPR.COM Feb 02 2019 06:28:00      American Express,    PO Box 1270,
               Newark, NJ 07101-1270
517824552     EDI: BANKAMER.COM Feb 02 2019 06:28:00      Bank Of America,    Attn: Bankruptcy,
               P.O. Box 982238,    El Paso, TX 79998
517824559    +EDI: BANKAMER.COM Feb 02 2019 06:28:00      Bank of America,    Attn: Recovery Department,
               PO Box 2278,    Norfolk, VA 23501-2278
517824556     EDI: BANKAMER2.COM Feb 02 2019 06:28:00      Bank of America,    475 Crosspoint Parkway,
               PO Box 9000,    Getzville, NY 14068-9000
517824555    +EDI: BANKAMER2.COM Feb 02 2019 06:28:00      Bank of America,    PO Box 17645,
               Baltimore, MD 21297-1645
```

```
District/off: 0312-2          User: admin              Page 2 of 4                  Date Rcvd: Feb 01, 2019
                              Form ID: 318             Total Noticed: 119


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517824557     +EDI: BANKAMER2.COM Feb 02 2019 06:28:00      Bank of America,   100 North Tron Street,
               Charlotte, NC 28255-0001
517824560     +EDI: TSYS2.COM Feb 02 2019 06:28:00      Barclays Bank,   125 South West Street,
               Wilmington, DE 19801-5014
517824561     +EDI: TSYS2.COM Feb 02 2019 06:28:00      Barclays Bank Delaware,   Attn: Correspondence,
               P.O. Box 8801,   Wilmington, DE 19899-8801
517824562     +EDI: TSYS2.COM Feb 02 2019 06:28:00      Barclays Bank Delaware,   PO Box 8833,
               Wilmington, DE 19899-8833
517824569      EDI: CAPITALONE.COM Feb 02 2019 06:28:00      Capital One,   PO Box 85015,
               Richmond, VA 23285-5015
517824573      EDI: CAPITALONE.COM Feb 02 2019 06:28:00      Capital One Bank,   15000 Capital One Drive,
               Richmond, VA 23238
517824577      EDI: CAPITALONE.COM Feb 02 2019 06:28:00      Capital One Services, Inc.,
               15000 Capital One Drive,   Richmond, VA 23238
517824594      EDI: CITICORP.COM Feb 02 2019 06:28:00      Citicorp Credit Services, Inc.,
               7920 NW 110th Street,   Kansas City, MO 64153
517824571     +EDI: CAPITALONE.COM Feb 02 2019 06:28:00      Capital One,   PO Box 85064,
               Glen Allen, VA 23285-5064
517824570     +EDI: CAPITALONE.COM Feb 02 2019 06:28:00      Capital One,   PO Box 26030,
               Richmond, VA 23260-6030
517824568     +EDI: CAPITALONE.COM Feb 02 2019 06:28:00      Capital One,   PO Box 85617,
               Richmond, VA 23285-5617
517824565     +EDI: CAPITALONE.COM Feb 02 2019 06:28:00      Capital One,   P.O. Box 30253,
               Salt Lake City, UT 84130-0253
517824563     +EDI: CAPITALONE.COM Feb 02 2019 06:28:00      Capital One,   Attn: Bankruptcy,   P.O. Box 30285,
               Salt Lake City, UT 84130-0285
517824572     +EDI: CAPITALONE.COM Feb 02 2019 06:28:00      Capital One Bank,   PO Box 70884,
               Charlotte, NC 28272-0884
517824575     +EDI: CAPITALONE.COM Feb 02 2019 06:28:00      Capital One Bank ( USA), N.A.,   PO Box 71083,
               Charlotte, NC 28272-1083
517824576     +EDI: CAPITALONE.COM Feb 02 2019 06:28:00      Capital One Services,   PO Box 85617,
               Richmond, VA 23285-5617
517824578     +EDI: CHASE.COM Feb 02 2019 06:28:00      Cardmember Services,   PO Box 15153,
               Wilmington, DE 19886-5153
517824579      EDI: CHASE.COM Feb 02 2019 06:28:00      Cardmember Services,   P0 Box 8650,
               Wilmington, DE 19899
517824582     +EDI: CHASE.COM Feb 02 2019 06:28:00      Chase Bank,   PO Box 15153,   Wilmington, DE 19886-5153
517824584     +EDI: CHASE.COM Feb 02 2019 06:28:00      Chase Bankcard Services,   PO Box 659409,
               San Antonio, TX 78265-9409
517824585     +EDI: CHASE.COM Feb 02 2019 06:28:00      Chase Card Services,   Correspondence Department,
               P.O. Box 15298,   Wilmington, DE 19850-5298
517824592     +EDI: CITICORP.COM Feb 02 2019 06:28:00      CitiCards,   PO Box 6345,   The Lakes, NV 88901-0001
517824588     +EDI: CITICORP.COM Feb 02 2019 06:28:00      Citibank,   PO Box 6500,
               Sioux Falls, SD 57117-6500
517824587      EDI: CITICORP.COM Feb 02 2019 06:28:00      Citibank,   PO Box 6405,   The Lakes, NV 88901-6405
517824591     +EDI: CITICORP.COM Feb 02 2019 06:28:00      Citicards,   PO Box 6500,
               Sioux Falls, SD 57117-6500
517824595     +EDI: WFNNB.COM Feb 02 2019 06:28:00      Comenity,   PO Box 183003,   Columbus, OH 43218-3003
517824596     +EDI: WFNNB.COM Feb 02 2019 06:28:00      Comenity Bank,   Attention: Bankruptcy,   P0 Box 182686,
               Columbus, OH 43218-2686
517824597     +EDI: WFNNB.COM Feb 02 2019 06:28:00      Comenity Capital,   Attn: Bankruptcy Dept.,
               P.O. Box 182125,   Columbus, OH 43218-2125
517824598     +EDI: CONVERGENT.COM Feb 02 2019 06:28:00      Convergent Outsourcing, Inc.,   Attn: Bankruptcy,
               P.O. Box 9004,   Renton, WA 98057-9004
517824601      EDI: DISCOVER.COM Feb 02 2019 06:28:00      Discover,   PO Box 30943,   Salt Lake City, UT 84130
517824602      EDI: DISCOVER.COM Feb 02 2019 06:28:00      Discover,   PO Box 30952,   Salt Lake City, UT 84130
517824599      EDI: DISCOVER.COM Feb 02 2019 06:28:00      Discover,   PO Box 6013,   Dover, DE 19903-6013
517824603      EDI: DISCOVER.COM Feb 02 2019 06:28:00      Discover,   PO Box 30399,   Salt Lake City, UT 84130
517824600      EDI: DISCOVER.COM Feb 02 2019 06:28:00      Discover,   PO Box 5044,   Sandy, UT 84091-5044
517824604     +EDI: DISCOVER.COM Feb 02 2019 06:28:00      Discover Financial,   P.O. Box 3025,
               New Albany, OH 43054-3025
517824607     +RMSC.COM Feb 02 2019 06:28:00      JCPenny,   PO Box 960090,   Orlando, FL 32896-0090
517824606     +RMSC.COM Feb 02 2019 06:28:00      JCPenny,   P0 Box 981400,   El Paso, TX 79998-1400
517824610      EDI: TSYS2.COM Feb 02 2019 06:28:00      Macy's,   P.O. Box 4564,   Carol Stream, IL 60197-4564
517824609      EDI: TSYS2.COM Feb 02 2019 06:28:00      Macy's,   PO Box 183083,   Columbus, OH 43218-3083
517824611     +EDI: TSYS2.COM Feb 02 2019 06:28:00      Macy's,   9111 Duke Blvd.,   Mason, OH 45040-8999
517824612     +EDI: TSYS2.COM Feb 02 2019 06:28:00      Macy's Visa,   P0 Box 745012,
               Cincinnati, OH 45274-5012
517824613     +EDI: TSYS2.COM Feb 02 2019 06:28:00      Macy's Visa,   Bankruptcy,   6356 Corley Road,
               Norcross, GA 30071-1704
517824639      EDI: NEXTEL.COM Feb 02 2019 06:28:00      Sprint,   6360 Sprint Parkway,
               Overland Park, KS 66251
517824636      EDI: NEXTEL.COM Feb 02 2019 06:28:00      Sprint,   P.O. Box 152046,   Irving, TX 75015-2046
517824631     +EDI: DRIV.COM Feb 02 2019 06:28:00      Santander,   PO Box 660633,   Dallas, TX 75266-0633
517824633     +E-mail/Text: cop@santander.us Feb 02 2019 02:05:28      Santander,   601 Penn Street,
               Reading, PA 19601-3544
517824632     +E-mail/Text: cop@santander.us Feb 02 2019 02:05:28      Santander,   PO Box 16255,
               Reading, PA 19612-6255
```

```
District/off: 0312-2            User: admin              Page 3 of 4              Date Rcvd: Feb 01, 2019
                                Form ID: 318             Total Noticed: 119


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517824638      +EDI: NEXTEL.COM Feb 02 2019 06:28:00      Sprint,   PO Box 8077,   London, KY 40742-8077
517824641      +EDI: RMSC.COM Feb 02 2019 06:28:00      Synchrony Bank,    PO Box 530927,
                 Atlanta, GA 30353-0927
517827451      +EDI: RMSC.COM Feb 02 2019 06:28:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
517824643      +EDI: RMSC.COM Feb 02 2019 06:28:00      Synchrony Bank,    PO Box 960013,
                 Orlando, FL 32896-0013
517824642      +EDI: RMSC.COM Feb 02 2019 06:28:00      Synchrony Bank,    PO Box 965013,
                 Orlando, FL 32896-5013
517824648      +EDI: RMSC.COM Feb 02 2019 06:28:00      Synchrony Bank,    P0 Box 965024,
                 Orlando, FL 32896-5024
517824645      +EDI: RMSC.COM Feb 02 2019 06:28:00      Synchrony Bank,    P0 Box 965015,
                 Orlando, FL 32896-5015
517824649      +EDI: RMSC.COM Feb 02 2019 06:28:00      Synchrony Bank/ JC Penney,
                 Attn: Bankruptcy Department,    P.O. Box 965060,   Orlando, FL 32896-5060
517824650      +EDI: RMSC.COM Feb 02 2019 06:28:00      Synchrony Bank/Care Credit,    Attn: Bankruptcy Dept,
                 P.O. Box 965061,   Orlando, FL 32896-5061
517824653       EDI: TFSR.COM Feb 02 2019 06:28:00      Toyota Motor Credit,    19001 South Western Avenue,
                 PO Box 2958,   Torrance, CA 90509
517824656       EDI: TFSR.COM Feb 02 2019 06:28:00      Toyota Motor Credit Corporation,
                 Attn: Asset Protection Department,    PO Box 2958,   Torrance, CA 90509-2958
517824652      +EDI: TFSR.COM Feb 02 2019 06:28:00      Toyota Financial Services,    PO Box 5236,
                 Carol Stream, IL 60197-5236
517824655      +EDI: TFSR.COM Feb 02 2019 06:28:00      Toyota Motor Credit Company,    Toyota Financial Services,
                 P.O. Box 8026,   Cedar Rapids, IA 52408-8026
517824658      +EDI: VERIZONCOMB.COM Feb 02 2019 06:28:00      Verizon Bankruptcy,    500 Technology Drive,
                 Saint Charles, MO 63304-2225
517824659      +EDI: VERIZONCOMB.COM Feb 02 2019 06:28:00      Verizon Bankruptcy South,    PO Box 25087,
                 Wilmington, DE 19899-5087
517824662      +EDI: VERIZONCOMB.COM Feb 02 2019 06:28:00      Verizon Wireless,    3400 Forest Drive,
                 Columbia, SC 29204-4064
517824660      +EDI: VERIZONCOMB.COM Feb 02 2019 06:28:00      Verizon Wireless,
                 Attn: Verizon Wireless Bankruptcy,    500 Technology Drive, Suite 550,
                 Weldon Spring, MO 63304-2225
517824661      +EDI: VERIZONCOMB.COM Feb 02 2019 06:28:00      Verizon Wireless,    2000 Corporate Drive,
                 Orangeburg, NY 10962-2624
517824665       EDI: WFFC.COM Feb 02 2019 06:28:00      Wells Fargo Bank,    PO Box 1225,
                 Charlotte, NC 28201-1225
517824664      +EDI: WFFC.COM Feb 02 2019 06:28:00      Wells Fargo Bank,    PO Box 30086,
                 Los Angeles, CA 90030-0086
517824666       EDI: WFFC.COM Feb 02 2019 06:28:00      Wells Fargo Card Services,    PO Box 10347,
                 Des Moines, IA 50306-0347
517824667      +EDI: WFFC.COM Feb 02 2019 06:28:00      Wells Fargo Card Services,    PO Box 6412,
                 Carol Stream, IL 60197-6412
517824669      +EDI: WFFC.COM Feb 02 2019 06:28:00      Wells Fargo Financial,    PO Box 98784,
                 Las Vegas, NV 89193-8784
517824668      +EDI: WFFC.COM Feb 02 2019 06:28:00      Wells Fargo Financial,    1240 Office Plaza Drive,
                 West Des Moines, IA 50266-2300
                                                                                                TOTAL: 87

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517824553*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank Of America,    Attn:Bankruptcy,    P.O. Box 982238,
                 El Paso, TX 79998)
517824558*      Bank of America,   475 Crosspoint Parkway,    PO Box 9000,   Getzville, NY 14068-9000
517824574*     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One Bank,    15000 Capital One Drive,   Richmond, VA 23238)
517824564*     +Capital One,   Attn: Bankruptcy,    P.O. Box 30285,   Salt Lake City, UT 84130-0285
517824566*     +Capital One,   Attn: Bankruptcy,    P.O. Box 30285,   Salt Lake City, UT 84130-0285
517824567*     +Capital One,   Attn: Bankruptcy,    P.O. Box 30285,   Salt Lake City, UT 84130-0285
517824586*     +Chase Card Services,    Correspondence Department,    P.O. Box 15298,
                 Wilmington, DE 19850-5298
517824590*     +Citicards,   Citicorp Credit Services,    P.O. Box 790040,   Saint Louis, MO 63179-0040
517824605*     +Discover Financial,   P.O. Box 3025,    New Albany, OH 43054-3025
517824616*     +Mr. Cooper,   Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
517824624*     +Phelan, Hallinan & Schmeig, PC,    400 Fellowship Road,    Suite 100,
                 Mount Laurel, NJ 08054-3437
517824646*     +Synchrony Bank,   PO Box 960013,   Orlando, FL 32896-0013
517824644*     +Synchrony Bank,   PO Box 965013,   Orlando, FL 32896-5013
517824647*     +Synchrony Bank,   Po Box 965015,   Orlando, FL 32896-5015
517824657     ##+Tsys Total Debt Management , Inc.,   PO Box 6700,    Norcross, GA 30091-6700
                                                                                         TOTALS: 0, * 14, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-2           User: admin                  Page 4 of 4                  Date Rcvd: Feb 01, 2019
                               Form ID: 318                 Total Noticed: 119
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 1, 2019 at the address(es) listed below:
              Charles M. Forman    cforman@formanlaw.com,  lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Herbert B. Raymond    on behalf of Debtor Rodolfo  Rodriguez bankruptcy123@comcast.net,
               jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
               mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
              Herbert B. Raymond    on behalf of Joint Debtor Mery G Rodriguez bankruptcy123@comcast.net,
               jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
               mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
              Margaret  Mcgee    on behalf of U.S. Trustee     U.S. Trustee maggie.mcgee@usdoj.gov
              Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```