Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 18−30887−VFP
        Chapter: 7
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Rodolfo Rodriguez | Mery G Rodriguez |
| 191 Concord Street | 191 Concord Street |
| Rahway, NJ 07065 | Rahway, NJ 07065 |

Social Security No.:
 xxx−xx−3202             xxx−xx−4464

Employer's Tax I.D. No.:

**FINAL DECREE**

 The estate of the above named debtor(s) has been fully administered.

 If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

 ORDERED that Charles M. Forman is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>April 4, 2019</u>      <u>Vincent F. Papalia</u>
              Judge, United States Bankruptcy Court